In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY. GUSSIE BADT, Trust Claimant, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS TITLE AND GUARANTY COMPANY, Petitioner, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of THE BENJAMIN GOLDSTEIN Co., INC., Assignor, to ALEXANDER H. KATZ, Assignee, Respondent. In the Matter of the Application of ALEXANDER H. KATZ, Assignee for the Benefit of Creditors of THE BENJAMIN GOLDSTEIN Co., INC., for an Order Requiring BERNSTEIN, WEISS & TOMSON, Esqs. to Pay over Certain Moneys Received by Them as Attorneys and Counsellors-at-Law. BERNSTEIN, WEISS & TOMSON, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of WILLIAM W. BACHMANN, Appellant, against STANLEY M. ISAACS, President of the Borough of Manhattan, City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

RAYMOND FOGELMAN and Others, Respondents, v. THE HOME INSURANCE COMPANY, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ISAAC W. DIGGES, Appellant, v. DAVID A. MUNRO, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

HARRY L. BAKER, Appellant, v. SAMUEL COHN and Others, Respondents.— Order, so far as appealed from, unanimously reversed with twenty dollars costs and disbursements to the appellant, and the motion granted as to items 1, 5, 6, 10, 11, 12, 13, 14 and 15 of the notice of motion. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

MEINHARD, GREEFF & Co., INC., Appellant, v. HIGGINBOTHAM-BAILEY-LOGAN Co., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of Supplementary Proceedings: EUGENE L. BONDY and Others, Respondents, v. MILLARD E. THEODORE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

CHARLES E. CHALMERS, Respondent, v. LEO F. GIEBERICH, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

EMERSON YORKE, Respondent, v. ARTHUR H. LOUCKS and JOHN A. NORLING, Copartners, Doing Business under the Firm Name and Style of LOUCKS & NORLING STUDIOS, Appellants.— Order unanimously affirmed, with twenty dollars

costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.